### Augusta Middeke, Adm'r, etc., v. Rose Balder.

98    525
a198s 590

1.  PRACTICE—*Where a Decree is Reversed and Remanded.*—Where a decree is reversed and the cause remanded for further proceedings consistent with the decision, and such further proceedings have been had and a decree entered accordingly, from which another appeal is prosecuted, no new evidence being introduced and the record in all material respects being the same as when the cause was previously reviewed, the decision then made, so far as this court is concerned, is binding and conclusive.

**Bill of Interpleader.**—Appeal from the Circuit Court of Cook County; the Hon. CHARLES G. NEELY, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1901.  Affirmed.  Opinion filed November 26, 1901.

GEO. F. ORT, attorney for appellant.

THOS. H. JOYCE, DENT & WHITMAN and W. O. LINDLEY, attorneys for appellees.

OPINION PER CURIAM.

The facts in this cause will be found stated in Balder v.

Middeke, 92 Ill. App. 227. The decree then under consideration was reversed and the cause "remanded for further proceedings consistent with this decision." Such further proceedings have been had and a decree entered accordingly, from which this appeal is prosecuted. No new evidence was introduced, and the record in all material respects is the same as when the cause was before reviewed in the Appellate Court.

The decision then made and the views then expressed, so far as this court is concerned, are binding and conclusive.

The judgment of the Circuit Court is affirmed.